```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

RITA MARIE STIVALETTA,
    Plaintiff,

    v.                                      CIVIL ACTION NO.
                                            16-10950-MBB

NANCY BERRYHILL, Acting Commissioner,
Social Security Administration,
    Defendant.

## FINAL JUDGMENT

### May 16, 2017

**BOWLER, U.S.M.J.**

The issues having been duly tried and this court having rendered a decision,

It is **ORDERED** and **ADJUDGED** that the final decision of defendant Nancy Berryhill, Acting Commissioner of the Social Security Administration, be **AFFIRMED** and that this action be **DISMISSED**.

                                    /s/ Marianne B. Bowler
                                **MARIANNE B. BOWLER**
                                United States Magistrate Judge